**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**McMANIMON, SCOTLAND & BAUMANN, LLC**
75 Livingston Avenue, Suite 201
Roseland, New Jersey 07068
(973) 622-1800
Anthony Sodono, III (asodono@msbnj.com)
Sari B. Placona (splacona@msbnj.com)
*Counsel for Daryl Fred Heller, the Chapter*
*11 Debtor and Debtor-in-Possession*

|  |  |
|---|---|
| In re:<br><br>DARYL FRED HELLER,<br><br>    Debtor. | Case No. 25-11354 (JNP)<br><br>Chapter 11<br><br>Honorable Jerrold N. Poslusny, Jr., |
| DARYL FRED HELLER,<br><br>    Plaintiff,<br><br>v.<br><br>DEERFIELD CAPITAL, LLC, and ORRSTOWN<br>BANK.<br>    Defendants. | Adv. Pro. No. 25-01092 (JNP) |

<u>**ADJOURNMENT REQUEST**</u>

1. I, Sari B. Placona, Esq.,

    ☒ am the attorney for Daryl Fred Heller, Plaintiff in the above-referenced adversary proceeding, and request an adjournment of the following hearing for the reason set forth below.

    Matter:  <u>Motion for Summary Judgment [Doc. No. 7]</u>

    Current hearing date and time:  <u>May 27, 2025, at 2:00 p.m.</u>
    New date requested:  <u>June 17, 2025 at 2:00 p.m.</u>

    Reasons for adjournment request: <u>The parties are discussing a settlement.</u>

2. Consent to adjournment:

    ☒ I have the consent of all parties.    ☐ I do not have the consent of all

I hereby certify under peanlty of perjury that the foregoing is true.

           <u>/s/ Sari B. Placona</u>
Date: May 6, 2025        Sari B. Placona

**COURT USE ONLY**

_____

The request for adjournment is:

[X] Granted                    New hearing date: 6/17/2025 at 2PM     [ ] Peremptory

[ ] Granted over objection(s)  New hearing date: _____           [ ] Peremptory

[ ] Denied


**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

2