| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **McMANIMON, SCOTLAND & BAUMANN, LLC**<br>75 Livingston Avenue, Suite 201<br>Roseland, New Jersey 07068<br>(973) 622-1800<br>Anthony Sodono, III (asodono@msbnj.com)<br>Sari B. Placona (splacona@msbnj.com)<br>*Counsel for Daryl Fred Heller,*<br>*Chapter 11 Debtor and Debtor-in-Possession* | |
| In re:<br><br>DARYL FRED HELLER,<br><br>    Debtor. | Case No. 25-11354 (JNP)<br><br>Chapter 11<br><br>Honorable Jerrold N. Poslusny, Jr., |
| DARYL FRED HELLER,<br><br>    Plaintiff,<br>v.<br><br>DEERFIELD CAPITAL, LLC, and ORRSTOWN BANK,<br><br>    Defendants. | Adv. Pro. No. 25-01092 (JNP) |

**ADJOURNMENT REQUEST**

1. I, Sari B. Placona, Esq.,

   ☒ am the attorney for Daryl Fred Heller, Plaintiff in the above-referenced adversary proceeding, and request an adjournment of the following hearing for the reason set forth below.

   Matter:   Motion for Summary Judgment [Doc. No. 7]

   Current hearing date and time: August 12, 2025 at 2:00 p.m.
   New date requested: September 23, 2025 at 2:00 p.m.

   Reasons for adjournment request: The parties filed motions to approve settlements. The hearings are scheduled for September 10, 2025.

2. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all

   I hereby certify under peanlty of perjury that the foregoing is true.

|  |  |
|---|---|
| Date: August 7, 2025 | */s/ Sari B. Placona*<br>Sari B. Placona |

**COURT USE ONLY**

_____

The request for adjournment is:

[X] Granted          New hearing date: 9/23/2025 at 2PM    [ ] Peremptory

[ ] Granted over objection(s)   New hearing date: _____   [ ] Peremptory

[ ] Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

2