UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.: _____

Adv. Pro. No.: _____

Chapter: _____

Subchapter V: ❑ Yes  ❑ No

Hearing Date: _____

Judge: _____

## ADJOURNMENT REQUEST

1.  I, _____,

   ❑ am the attorney for: _____,

   ❑ am self-represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: _____

   Current hearing date and time: _____

   New date requested: _____

   Reason for adjournment request: _____

   _____

2.  Consent to adjournment:

   ❑ I have the consent of all parties.  ❑ I do not have the consent of all parties (explain below):

   _____

   _____

I certify under penalty of perjury that the foregoing is true.

Date: _____          _____
                                                                                    Signature

**COURT USE ONLY:**

The request for adjournment is:

❑  Granted                              New hearing date: _____          ❑  Peremptory

❑  Granted over objection(s)   New hearing date: _____          ❑  Peremptory

❑  Denied

>     **IMPORTANT: If your request is granted, you must notify interested parties**
>
>     **who are not electronic filers of the new hearing date.**

*rev.10/2021*

MARTIN J. WEIS, ESQUIRE
**DILWORTH PAXSON LLP**
1650 MARKET STREET, SUITE 1200
PHILADELPHIA, PA 19103
TELEPHONE:         (215) 575-7000
FACSIMILE:         (215) 575-7200
EMAIL:         mweis@dilworthlaw.com
*Counsel for Orrstown Bank*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>DARYL FRED HELLER,<br><br>       Debtor. | Chapter 11<br><br>Case No. 25-11354 (JNP)<br><br>Adv. Pro. No.: 25-01092 (JNP) |
| DARYL FRED HELLER,<br><br>       Plaintiff,<br><br>v.<br><br>DEERFIELD CAPITAL, LLC and<br>ORRSTOWN BANK,<br><br>       Defendants | |

## ADJOURNMENT REQUEST

1. **Reason for adjournment request:** (1) If the Court appoints a trustee at the October 22, 2025 hearing on the Rule to Show Cause, the adjournment will give the trustee the opportunity to weigh in on the litigation (which would be the trustee's cause of action to pursue at that point); and (2) the parties to the adversary are having settlement discussions regarding the adversary which are difficult to conclude absent the resolution, one way or the other, of the trustee motion.

2. **Consent to adjournment:** Consent of Deerfield obtained. Debtor's counsel did not respond to formal request this morning. Her previous, informal stated preference was to proceed with the 10/28/2025 hearing date.