| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>MARTIN J. WEIS, ESQUIRE<br>DILWORTH PAXSON LLP<br>1650 MARKET STREET, SUITE 1200<br>PHILADELPHIA, PA 19103<br>TELEPHONE: (215) 575-7000<br>FACSIMILE: (215) 575-7200<br>EMAIL: mweis@dilworthlaw.com<br>Counsel for Orrstown Bank | |
| In Re:<br><br>DARYL FRED HELLER,<br>  Debtor.<br><br>DARYL FRED HELLER,<br>  Plaintiff,<br>v.<br>DEERFIELD CAPITAL, LLC and ORRSTOWN | Case No.: 25-11354 (JNP)<br>Adv. Pro. No.: 25-01092 (JNP)<br>Chapter: 11<br>Subchapter V: ☐ Yes ☐ No<br>Hearing Date: 03/03/2026<br>Judge: Poslusny |

## ADJOURNMENT REQUEST

1. I, __Martin J. Weis__,

   ☒ am the attorney for: __Orrstown Bank__,

   ☐ am self-represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Plaintiff's Motion For Summary Judgment [D.I. 7]

   Current hearing date and time: 03/03/2026 @ 2:00 p.m.

   New date requested: During the week of 04/13/2026

   Reason for adjournment request: Parties engaging in settlement discussions

2. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

   Consent of Trustee and Deerfield Capital obtained

I certify under penalty of perjury that the foregoing is true.

Date: 2/20/2026

/s/ Martin J. Weis
Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted    New hearing date: 4/14/2026 at 2PM    ☐ Peremptory

☐ Granted over objection(s)    New hearing date: _____    ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

rev.10/2021

2