UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

MARTIN J. WEIS, ESQUIRE
DILWORTH PAXSON LLP
1650 MARKET STREET, SUITE 1200
PHILADELPHIA, PA 19103
TELEPHONE: (215) 575-7000
FACSIMILE: (215)575-7200
EMAIL: mweis@dilworthlaw.com
Counsel for Orrstown Bank

| | |
|---|---|
| In Re:<br><br>DARYL FRED HELLER,<br>Debtor, | Case No.: 25-11354(JNP) |
| | Adv. Pro. No.: 25-01092 (JNP) |
| DARYL FRED HELLER,<br>Plaintiff,<br>v.<br>DEERFIELD CAPITAL, LLC and ORRSTOWN | Chapter: 11 |
| | Subchapter V: ☐ Yes ☐ No |
| | Hearing Date: 05/19/26 |
| | Judge: Poslusny |

## ADJOURNMENT REQUEST

1.   I, _____ Martin J. Weis _____,

☒  am the attorney for: _____ Orrstown Bank _____,

☐  am self-represented,

and request an adjournment of the following hearing for the reason set forth below.

Matter: Plaintiff's Motion for Summary Judgment [D.I.7]

Current hearing date and time: May 19, 2026

New date requested: June 30, 2026

Reason for adjournment request: Parties engaged in settlement discussions

2.   Consent to adjournment:

☒  I have the consent of all parties.   ☐  I do not have the consent of all parties (explain below):

Consent of Trustee and Deerfield Capital obtained.

125634765.1

I certify under penalty of perjury that the foregoing is true.

Date: May 11, 2026 _____          /s/ Martin J. Weis _____
                                            Signature

**COURT USE ONLY:** _____

The request for adjournment is:

☒ Granted          New hearing date: __6/30/2026 at 11:00am__          ❑ Peremptory

❑ Granted over objection(s)   New hearing date: _____          ❑ Peremptory

❑ Denied

**IMPORTANT: If your request is granted, you must notify interested parties
who are not electronic filers of the new hearing date.**

*rev.10/2021*

2